**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: JOSEPH RAMON RONDUELAS            ) Case No. 19 B 06251
                                      )
                        Debtor        ) Chapter 13
                                      )
                                      ) Judge: CAROL A DOYLE

## NOTICE OF MOTION

JOSEPH RAMON RONDUELAS                          GERACI LAW LLC
                                                via Clerk's ECF noticing procedures
3334 N PANAMA AVE
CHICAGO, IL 60634

Please take notice that on May 28, 2019 at 10:30 am my designee or I will appear before the Honorable Judge CAROL A DOYLE at 219 South Dearborn Courtroom 742, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on May 14, 2019.

/s/ Tom Vaughn

### TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On March 07, 2019 the debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. Pursuant to 11 U.S.C. § 1326 (a), "Unless the court orders otherwise, the debtor shall commence making payments not later than 30 days after the date of filing of the plan or the order for relief, whichever is earlier..."

3. That the debtor has failed to make timely payments to the Chapter 13 Trustee.

Monthly payment    $750.00      Arrears    $1,500.00     Last date paid    -

WHEREFORE, the Trustee prays that this case be dismissed pursuant to § 1307 (c) (4) for failure by the debtor to commence making timely payments pursuant to § 1326 (a) (1).

TOM VAUGHN                                      Respectfully submitted,
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850                 /s/ Tom Vaughn
Chicago, IL 60603
(312) 294-5900